UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ERNEST MARTIN,

    Plaintiff,

v.

MICHAEL J. POULIN et al.,

    Defendants.
_____/

Case No. 1:24-cv-1340

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  January 22, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge